John R. Maley
J. Curtis Greene
BARNES & THORNBURG LLP
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email:      john.maley@btlaw.com

G. Mark Albright
ALBRIGHT STODDARD WARNICK & ALBRIGHT
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
E-mail: gma@albrightstoddard.com

Attorneys for Defendant TASER International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LaKISHA NEAL-LOMAX, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: CV-S-05-01464-PMP-RJJ |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TASER INTERNATIONAL, INC., et al, | ) |
| Defendants. | ) |

### DEFENDANT TASER INTERNATIONAL, INC.'S GLOBAL APPENDIX VII OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DAUBERT MOTIONS

Defendant TASER International, Inc. respectfully submit this Global Appendix VII, Exhibits 21 through 31, inclusive, consisting of designated evidence cited in Support of Motion for Summary Judgment and in Support of Daubert Motions to exclude Plaintiffs' experts, served on counsel on January 17, 2008. The following materials are provided:

| Description | Tab |
|---|---|
| Expert Report of Mark R. Lehto, EIT, Ph.D. | 21 |
| Expert Report of Bret H. Woodard, M.D. | 22 |
| Expert Report of Mark A. Rhodes, Ph.D. PE | 23 |
| Rebuttal Expert Report of Mark A. Rhodes, Ph.D., PE | 24 |
| Curriculum Vitae of Mark A. Rhodes, Ph.D., PE | 25 |
| Expert Report of Jerry J. Bush, M.D. | 26 |
| Rebuttal Expert Report of Jerry J. Bush, M.D. | 27 |
| Expert Report of David M. Ingebretsen, M.S., M.E. | 28 |
| Expert Report of Ron Martinelli, Ph.D. | 29 |
| Curriculum Vitae of Ron Martinell | 30 |
| Expert Report of Terrence M. Clauretie, Ph.D. | 31 |

Respectfully submitted,

/s/ John R. Maley
John R. Maley
J. Curtis Greene
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: john.maley@btlaw.com
          cgreene@btlaw.com

G. Mark Albright
ALBRIGHT STODDARD WARNICK &
ALBRIGHT
Quail Park I, Building D-4, 801 South
Rancho Dr.
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
E-mail: gma@albrightstoddard.com

*Attorney's for Defendant TASER Int'l, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record through the Court's electronic filing system on this 17th day of January 2008.

*s/John R. Maley*

John R. Maley

INDS02 MCR 948230v1

-3-