

# Instructor Certification Lesson Plan
# and Support Material
### VERSION 11.0

#### January 2004

# TASER® X26
# and
# ADVANCED TASER M26

7860 E. McClain Drive, Suite 2 * Scottsdale, Arizona  85260 * USA * 480-991-0797 * Fax 480-991-0791
www.TASER.com
©1999-2004 TASER International, Inc.  All Rights Reserved
TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER Int'l, Inc.

# TABLE OF CONTENTS

Effective upon receipt:  All previous versions of the TASER training CDs are obsolete upon receipt of TASER CD Version 11.0.

| | |
|---|---|
| Explanation of Changes to TASER Int'l CD Version 11 | i |
| Instructor Certification Course Outline | ii |
| CD-ROM Instructions | iii |
| Warnings and Cautions | iv |
| Instructor Preparation Checklist | v |
| Detailed Lesson Plan | 1-169 |
| Training Review Questions for Class Discussions | A |
| X26 and M26 Certification Test | B |
| TASER Less-Lethal Instructor Application | C |
| User Certification Checklist | D |
| Pre-Deployment Checklist | E |
| Use of Force Sample | F |
| Volunteer Exposure Demo Report | G |
| Course Evaluation Form | H |
| T&E Request Form | I |
| TASER International Contact List by Name and Function | J |
| Instructor Post-Training Checklist | K |

## EXPLANATION OF CHANGES TO TASER INTERNATIONAL, INC'S
## TRAINING CD VERSION 11.0 JANUARY 2004

Background: In early 2003, TASER International formed a Training Board to oversee all aspects of our training programs including development, delivery, and quality control processes. The Board's mission is to provide our instructors and users with the best training materials and support available. Board members will conduct quality control observations of instructor courses to ensure that we're providing the best possible training.

**GENERAL IMPROVEMENTS:**

1. The CD format has been changed to make it easier to find information. We have also provided expanded CD operating instructions in this binder.
2. The introductory pages of this manual have been revised significantly, including the addition of this "Explanation of Changes" page, and we urge you to review them prior to conducting your next class.
3. We have added a red "revision bar" to the PowerPoint notes pages to help identify significant changes from the previous version. You can quickly scan the pages for major changes. Minor typographical or editorial changes do not have revision bars.
4. We added a note to all demo videos to indicate that they were filmed before the current safety policies were established (e.g., use of safety glasses). We plan to update these videos whenever the opportunity presents itself.
5. We added some new videos and updated statistical data slides including failure causes, in-custody death statistics, etc.
6. We added a short section on civilian use of the TASER weapons. We plan to introduce a civilian model called the TASER X26$^C$ ("C" for consumer -- sometime in 2004 and we'll keep you posted as development progresses.

**SPECIFIC CHANGES:**

1. All references to clothing thickness have been changed to 2 inches.
2. The M26 battery indicator light was changed to "power indicator" light with no differentiation between steady and flashing. A spark test is required regardless of battery type.
3. We have new information for the M26 battery charger that includes a CAUTION to not charge both the weapon and a separate battery tray at the same time.
4. Added emphasis that TASER X26 DPM must remain installed to prevent loss of clock data.
5. We added a warning to not remove a DPM/XDPM when loading a new replacement DPM/XDPM with new software for the first time. The CID will show the letter "P" to indicate that the TASER X26 is updating the software. Removal of the DPM/XDPM during the "P" state will corrupt the software.
6. Deleted the reference to "RA" on the X26 CID. This display was deleted from the software and the owner's manual will be revised.
7. In an effort to provide more valuable time for practical "hands on" experience in the scenario based training, the oral presentation exercises were deleted. We respect each agency's decision to send proven and appropriate instructors to the training courses.

Our programs continue to improve because of your input. Please continue to encourage your students to submit course evaluations, and encourage them to contact us at any time with questions, comments, or suggestions about our training programs.

**Effective upon receipt: All previous versions of the TASER training CDs are obsolete upon receipt of TASER CD Version 11.0**

# INSTRUCTOR CERTIFICATION COURSE OUTLINE

A. **OVERVIEW:** This class will cover the techniques for proper deployment of and certification of end users in the use of the TASER less-lethal weapon.

B. **TERMINAL LEARNING OBJECTIVES:** Given person(s) to be trained and a lesson plan, instruct person(s) in the proper deployment and safety of the X/M26 TASER.

C. **ENABLING LEARNING OBJECTIVES:** Without the aid of references, in accordance with the detailed lesson plan and manual, a certified trained user will accomplish the following:

1. Pass the written test and demonstrate sufficient proficiency in the function and use of the TASER.

2. Understand how the TASER overrides and controls the central nervous systems of a combatant subject.

3. Know proper finger position for aiming and firing.

4. Be able to reload in a safe and proper manner.

5. Control unit adequately when commanded "Arm - Spark - Off" at random (understands safety switch and trigger fully).

6. Know when the TASER is armed and ready to fire.

7. Know how to properly check batter pulse rate, remove and reinstall batteries correctly.

8. Know how to utilize the laser sight.

9. Understanding of probe placement and ballistics.

10. For TASER certification.

      a. Draw TASER and hit target at 12-foot distance.
      b. Draw TASER hit target at 8 feet, reload, and hit 2nd target at 12 feet with laser sight (time limit 10 seconds).

11. Learn procedures to properly and safely remove probes from subject.

D. **METHOD / MEDIA:** This class will be taught by the lecture / demonstration method.

E. **EVALUATION:** Topics from this class will be evaluated via written tests, oral tests (instructors only) and via performance checklist during the practical application conducted during the class.

**COURSE TIME:** Instructor Certification Course: 12 hours. User Certification Course: 4 hours (recommended).

# CD-ROM INSTRUCTIONS

The TASER International Version 11.0 Training CD has four folders.

1.   **Autoplay** - "TASER Demo.html:"   Selecting this folder will autoplay a promotional video highlighting the new TASER X26 less lethal weapon.  It is not a part of the training syllabus.

2.  **PowerPoint® Presentation:** This folder has five training presentations, three command demo presentations, and associated video clips.

   **Training presentations:**
   - Instructor Course M26 & X26: Instructor certification courses for both the M26 and X26 TASER weapons.
   - Instructor Course M26 Only:  Instructor certification course for M26 only
   - Instructor Course X26 Only:  Instructor certification course for X26 only
   - User X26 and M26 Sample Certification Courses: Provide a template for departments to use when developing their own user certification training program.  TASER International recommends that all information contained in the User Sample Course be covered in any user certification course.  In addition, departments are expected to modify these sample courses as necessary for department-specific policies, procedures, and tactics. Departments may also add any additional slides from the instructor courses if desired.

   **Command Demos:** These presentations are provided to assist instructors in conducting command demos.  There are three presentations for 60, 30, and 15-minute demos.

   **Video clips:** The associated video clips will play automatically when the instructor "clicks" the mouse on the appropriate PowerPoint slide.  In addition, you can play a specific video clip at any time by clicking on the video icon in this folder.

   **NOTE:  If copying the CD training programs to a hard drive, you must copy the entire training folder.  If the entire older is not moved, the PowerPoint presentations will be unable to "link" to the video clips.**

3.  ·**Training Documents** This folder contains documents used in the instructor certification course, including tests, answer keys, user and instructor applications, pre-deployment checklists, and **new** checklists to be used before and after training courses.  In addition, there are two new subfolders that will assist with checklists that instructors should review prior to a training course and a checklist of what to after conducting a training course. There is also a PDF entitled Lesson Plan if you need to bring additional training materials.

4.  **Supplemental Documents:** This folder contains multiple sub-folders with additional information that may be valuable to instructors and users.   Instructors should refer to these documents, as there are multitude of resources for training, failure analysis, in custody death information, crowd control training, sample policies and procedures and general orders from law enforcement agencies throughout the U.S.

## **WARNINGS AND CAUTIONS**

**WARNING:  READ BEFORE USING**

The TASER conducted energy weapons are less-lethal weapons.  They are designed to incapacitate a target from a safe distance without causing death or permanent injury.  While the extensive medical evidence strongly supports the TASER X26 and ADVANCED TASER M26 and M18 will not cause lasting aftereffects or fatality, it is important to remember that the very nature of physical confrontation involves a degree of risk that someone will get hurt or may even be killed due to unforeseen circumstances and individual susceptibilities.  Accordingly, the TASER conducted energy weapons should be treated as serious weapons and should only be deployed in situations where the alternative would be to use other force measures which carry similar or higher degrees of risk.  Law enforcement customers are deployment and tactical experts and will determine all deployment and tactical practices including where the TASER conducted energy weapons fit in their respective use of force continuum.

As with any weapon system, there can be unforeseen and severe consequences.  They should only be used in accordance with the use of force policies of the department.  Although TASER International agrees with the definition on non-lethal weapons from the Joint Concept for Non-lethal Weapons, the Company has adopted the term less-lethal in conjunction with input from law enforcement in order to clarify that there will always be risk involved in use of force.

Throughout the training programs, warnings and cautions are emphasized to highlight specific areas of concern.  A **WARNING** generally means that failure to follow the recommended procedure may result in serious injury to the officer, bystanders, and/or victims.  A **CAUTION** generally means that failure to follow the recommended procedure may result in damage to the weapon or other equipment.

**GENERAL WARNINGS:**

- Avoid aiming the TASER conducted energy weapons at the eyes or face.

- Do not point at people unless intending to fire.

- Keep the TASER conducted energy weapons out of the reach of children.

- Keep hands away from the front of the unit at all times unless the safety is the ON position (SAFE).

- Do not fire the TASER conducted energy weapons near flammable liquids and fumes. The TASER conducted energy weapons can ignite gasoline or other flammables. Some self-defense sprays use flammable carriers like alcohol and would be extremely dangerous to use in immediate conjunction with TASER conducted energy weapons.

- The TASER conducted energy weapons causes temporary incapacitation and the inability to catch yourself as you fall. This incapacitation and the resulting fall can be dangerous and even fatal under specific circumstances. For example, someone shot by the X26 in a high place could be seriously injured in a fall or someone shot in a swimming pool could possibly drown as they could not swim or support themselves.

- Whenever the TASER conducted energy weapons are being used during training or demonstrations, make sure that two people are acting as handlers to support the upper arms of the person being shot before and during the discharge.  Each person should hold an upper arm

iv

under the armpit, so that the person can be safely supported and lowered to the ground after being hit without twisting the shoulder. If probes are fired in lieu of attaching spent wires or alligator clips, then eye protection is required. Provided that no probes are attached to the person's arms, there should be no electrical pulses flowing into the handlers and they can safely support the person being shot without any negative impact

- The TASER conducted energy weapons causes muscle contractions that may result in athletic exertion type injuries to some people.

- Always make certain your safety is in the "on" (safe) position whenever a TASER conducted energy weapons is loaded and not intended for immediate use.

- **GENERAL CAUTIONS:**

- **M26:** always perform power and spark test per department sop. Failure to perform a proper spark test may result in degraded performance up to and including failure of the weapon. Replace alkaline batteries or recharge NiMH batteries when spark test fails to yield a rapid pulse rate.

- **X26:** always replace DPM (lithium battery pack) at no less than 20%. Do not remove the DPM during storage. Removal of the DPM for more than 24 hours will result in loss of clock memory.

- <u>**DO NOT REMOVE A *NEW* DPM OR XDPM**</u> during the "programming" mode. When a new DPM/XDPM with updated software is inserted into the TASER X26 for the first time, the CID will show the letter "P" to indicate that the TASER X26 is updating the software. (A brand new DPM/XDPM with a different colored sticker than the previous DPM/XDPM indicates a new software revision). The programming mode should take under a minute. Once the TASER X26 software is properly installed, the CID will then go through the normal bootup **sequence** indicating the date, temps, warranty expiration, etc. Removal of the DPM/XDPM during the "P" state (programming) **WILL** corrupt the software. If the software gets corrupted, the TASER X26 **WILL NOT FUNCTION PROPERLY** and **MUST be sent back for factory service**. Note: Removing the DPM/XDPM during the normal bootup mode will not harm the TASER X26 software.

- Dropping the TASER conducted energy weapons may shorten the life of the unit and/or result in weapon failure.

- Always replace air cartridges by the 5-year expiration date printed on each air cartridge.

- It is recommended that you carry the TASER conducted energy weapons only in a certified holster or carrying case. Contact TASER International for details on holstering accessories.

- Do not carry the X26 DPM or M26 battery tray in a pocket or anywhere the electrical contacts may touch other metal.

- Carrying a TASER conducted energy weapon, or air cartridge, aboard a commercial airline is prohibited, even when the officer is armed and authorized to carry a lethal weapon. If traveling on a commercial airline, you must put the TASER conducted energy weapons in your checked luggage. Do not attempt to carry it onboard. Although the TASER conducted energy weapons are not classified as a firearm, you should carry the TASER conducted energy weapons in a hard case and advise TSA or airline personnel prior to bag screening that you are carrying TASER conducted energy weapons in your checked baggage.



## INSTRUCTOR PREPARATION CHECKLIST

**Essential Equipment Required For Training:**

- Classroom suitable for size of class
- Proper mats
- Power strip & extension
- Computer with speakers (make sure the sound can carry sufficiently)
- PowerPoint compatible computer with PowerPoint 97 minimum software
    - Ensure the computer can successfully play the PowerPoint AND that the videos PLAY onscreen via the projector prior to the course.
    - Media Player 9.0 is required to play the videos
        - If you don't have Media Player, you can download this for free at: http://www.microsoft.com/windows/windowsmedia/players.aspx
- Projector
- White board to project upon and for drawing if necessary
- Safety glasses
- Simulation Suits
- First aid kit with multiple bandages and alcohol wipes
- Corkboard or suitable backdrop for firing stations
- TASER equipment
    - TASER devices
    - Air Cartridges
    - Targets
    - Lesson Plans
    - Simulation TASER suit or equivalent
- Preprint the appropriate Answer Key for the test to be used during the class. Suggest having students grade each other's tests to expedite the grading.

**Optional Requirements:**

- Coffee
- Tarp for firings (place between TASER weapon firings and target to ease the cleanup of blast doors, AFIDs, and wires.
- Pen/Pencils

© 2004 TASER International, Inc.  TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

## PHX PD Foot Pursuit Intro



(Click on image above to start video.  Click once to pause.)

This first video is an actual ADVANCED TASER M26 use by the Phoenix Police Department.  It's a good video to play during setup to familiarize the students with the types of scenarios where the TASER is frequently used.

Version 11.0 1/04





**Instructor Certification Course * TASER® X26 and TASER M26 Less-Lethal Weapons**

*Version 11.0 Released January 2004*

# Purpose of Training

To provide you with the theory and practical training necessary to effectively instruct users to safely operate the TASER® M26 and X26 weapons as a less lethal option.

Version 11.0 1/04

# Expectations

- Please silence cell phones and pagers
- Please adhere to scheduled break times
- You must successfully complete the entire curriculum to be certified as a TASER less-lethal weapon instructor
- Ask questions.  If we don't know the answer we'll find it for you.

Version 11.0 1/04

# Instructor Manual Contents

- Explanation of changes
- Course outline
- CD-ROM instructions
- Warnings
- Lesson Plan
- Review Questions
- Test
- TASER International contact list

Mention that on the CD, they will find PowerPoint presentations for Instructor courses for M26, X26, and M/X26. Also, there are **sample** user courses which should be modified for department policies and procedures, and three Command Demo sample presentations.

The CD contains several additional folders. One contains Training Documents and Tests including all tests, answer keys, lesson plan, etc.

Other file contains Scenario Based Training documents; Demo Procedure Issues which contain the demo procedural guidelines as well as the issue of mandatory TASER weapon exposure issues.

The Supplemental Documents folder including pre-deployment checklists, minimizing failures, warning posters for bars and for booking areas, etc.

The Failure Checklist folder includes the questions required to resolved any type of failure incident involving a TASER weapon.

Also, any new substantive changes on the Version 11 CD versus the Version 10.1 CD has red lines drawn to the left of the Instructor notes. (Similar to the one on the left hand side of this page.)

# **Overview**

- Technology overview
  - What is it and what does it do?
- Electrical and medical background
- Issue M26s to class for hands on use
- Specifications
  - How does it work?
- Practical hands-on training with M26
  - Volunteer exposure
  - Changing batteries and air cartridges
  - Firing drills
  - Drive stun
  - Tactical considerations
  - Probe removal considerations

Version 11.0 1/04

# Overview

- X26 differences
- Field applications
  - What can go wrong
- Safety considerations and associated risks
- Practical hands-on training with X26
  - Volunteer exposure
  - Changing batteries and Air Cartridges
  - Firing drills
  - Drive stun
  - Tactical considerations
  - Probe removal considerations
- Final written exam

Version 11.0 1/04

# Objectives

- The student will be able to explain how the TASER conducted energy weapons override the central nervous system
- Demonstrate proficiency in the function and use of the TASER weapons

Version 11.0 1/04



This video provides a synopsis of the TASER Electro Muscular Disruption (EMD) technology developed from the start of the ADVANCED TASER M26 to the new TASER X26 EMD pulse technology.



**Technology Overview**

Version 11.0 1/04



**Conducted Energy Weapons** use propelled wires to conduct energy that affects the sensory and motor functions of the central nervous system.

**The TASER® X26** and **ADVANCED TASER® M26 less-lethals** are conducted energy weapons manufactured by TASER International, Inc. in Scottsdale, Arizona.

# Technology

## Jamming the Nervous System



Nerve Signal or
"Brain Wave"

Taser Wave or
"T-Wave"

- **The human nervous system communicates with simple electrical impulses**
- **The TASER technology uses similar electrical impulses called TASER-Waves**

**INSTRUCTOR NOTES:**    The TASER X26 and M26 send out short duration, high voltage electrical waves or TASER-Waves™ or T-Waves that overpower the normal electrical signals within the nerve fibers. If you look at a scope reading of the wave signals used by nerves to communicate within the body, the T-Wave is very similar to the signals used by the nerves.  These T-Waves create extra "noise" within the nervous system much like static on the "phone lines" of the human body. Discuss how the body's communication is analogous to having a conversation on a telephone where signals are sent from one phone to another via electrical signals. Should a third person pick up this phone line and begin to scream (analogous to a T-Wave in the body), the other two persons can no longer hear communication.  Just as important, when the screaming stops, communications begins again without damage to the phone line.

# Stun to EMD

- **STUN** systems:  1st and 2nd generation conducted energy weapons jam the central nervous system with electrical noise.  This only affects the <u>**sensory nervous system:**</u>  **(pain compliance).**

- **EMD** (Electro-Muscular Disruption) systems:  3rd and 4th generation conducted energy weapons stun AND override the central nervous system causing uncontrollable contractions of the muscle tissue.  The X26 and M26 weapons affect both the <u>**sensory AND motor nervous system:**</u> **(incapacitation).**

**INSTRUCTOR NOTES:**  Stun systems act by "stunning" the target with a high level of electronic stimulation.  However, highly focused individuals may not be incapacitated by the stun effect by stun devices or even in drive stun techniques. EMD systems use a more intense electrical waveform to directly cause contraction of the muscles and override the central nervous system.  Thus, the EMD systems not only stun the target; they physically debilitate the target by contracting the muscles. **At a high level, stun systems affect the sensory nervous system (i.e., it creates very intense sensations which will stun the target) whereas the EMD systems affect the motor nervous system and muscles causing direct physical incapacitation.**



# Stun vs. EMD

### Central Nervous System
Command center (brain and spinal cord) processes information and makes decisions

### Sensory Nervous System
Nerves that carry information from the body to the brain. Touch, temperature, etc. **Stun systems affect these nerves**

### Motor Nervous System
Nerves that carry commands from the brain to the muscles to control movement **EMD systems affect BOTH the sensory and motor nerves**

The human nervous system is the command, control, and communication system of the human body. The nervous system is comprised of three elements:

The central nervous system is the command center including the brain and spinal cord. All information processing and decision making processes occur in the central nervous system.

The sensory nervous system includes the nerves that carry information to the brain. These are the "intelligence gathering" nerves which carry information about the environment (hot, cold, wet, etc.) and the state of the body (pain, body positioning, etc.) to the brain. These nerves tend to sit near the surface of the body in the skin, where they can interface with the skin and the environment around the body to gather information. The location of these nerves near the skin makes them easier to stimulate than deeper nerves. Hence, lower power stun weapons affect only these nerves.

The motor nervous system includes the nerves that carry command signals from the brain to the muscles controlling all movement. These nerves are located deeper in the body, protected within and beneath the muscle tissue. It takes a greater amount of blunt power (and a different waveform) to penetrate deep enough to control these motor nerves or by using Shaped Pulse technology. Thus either higher blunt power and deeper penetrating waveforms or more efficient Shaped Pulses of an EMD weapon are required to affect these nerves.

# TASER Less-Lethal History

- **1974:** Original TASER less-lethal 7-Watt firearm
- **1993:** TASER International, Inc. founded
- **1994:** AIR TASER #34000 (7-Watt)
  - Non-firearm stun weapon
  - Smaller, automatic timing
- **1999:** ADVANCED TASER M26 EMD
  - EMD: Central Nervous System Override
  - Dataport function & integrated laser
  - 4,000+ agencies deploy the M/X26 as of 1/2004
- **2003:** TASER X26 Shaped Pulse™ EMD
  - 5% more powerful
  - 60% smaller & lighter
  - Digital Pulse Controller

**INSTRUCTOR NOTES:** Jack Cover was the inventor of the TASER during 1966-1974. As a chief scientist for the NASA Apollo Moon Landing Program, Jack responded to President Johnson's Blue Ribbon Commission's call for development of non-lethal weapons. During the development of the TASER non-lethal weapon (1966-1974), it was discovered that very short duration (microseconds), high energy, predominately D.C. (Direct Current) pulses were non-lethal and non-injurious, but had a profound physiological and psychological effect upon both humans and animals. In the 1971-74 period, tests on volunteers were done under the supervision of Dr. Frank Summers with two cardiologists, a physiologist, EKG and other instrumentation at St. Joseph's Hospital in Orange County, CA.

TASER Int'l developed the 7-Watt AIR TASER as a non-firearm version of the TASER (the older TASER uses a black powder charge propellant) made of **high impact sonic welded polymer**. It's output and effects are very similar to the original TASER. The model 34000 AIR TASER improved on the first generation by reducing the size (roughly 50%), replacing the gunpowder propellant with 1800 PSI compressed nitrogen (non-firearm) and adding an automatic timing mechanism to administer the pulsed energy.

Between 1994 and 1999, we learned that the 7-Watt stun systems were not sufficiently effective to stop focused, combative aggressors. Animal testing in 1996 lead to the development of 26 Watt Electro-Muscular Disruption (EMD) technology. EMD technology was first introduced in 1999 with the ADVANCED TASER M26 - the first less-lethal weapon capable of stopping focused aggressors by overriding the central nervous system. The M26 also introduced the concept of the dataport to track the usage of the weapon.

In 2002, we conducted further studies to refine the EMD waveforms. The result is Shaped Pulse Technology, complex waveforms that achieve the EMD effect at much lower power levels than the M26.

In 2003 the first Shaped Pulse weapon, the TASER X26 was introduced. Advanced Shaped Pulse Technology makes the X26 5% more powerful than the M26, yet 60% smaller and lighter.



INSTRUCTOR NOTES:  The test subjects were given the goal to move toward the TASER operator. The subjects who are stunned are slightly impaired while the EMD effect results in complete incapacitation.

# Pain to Incapacitation

- All previous less-lethal weapons have worked on pain compliance that can be overcome by drugs, alcohol, EDPs or by focused, combative individuals.

- The X26 and M26 less-lethals do not rely on pain to achieve compliance. These override the central nervous system and achieve incapacitation.

All less-lethal weapons have worked on pain compliance that can be overcome by drugs, alcohol, EDPs or by mental focus.

The M26 and X26 do not rely on pain to achieve compliance. They overwhelm the central nervous system and achieve incapacitation



# Hans Marrero 1st EMD Test

(Click on image above to start video.  Click once to pause.)

This video is the first human test of the EMD technology on GySgt Hans Marrero, Retired Chief Instructor of Hand to Hand Combat for the United States Marine Corps.

**BACKGROUND ON HANS MARRERO:**

• **Former Chief Instructor Hand-to-Hand Combat**

• **Navy/Marine Corps Medal (Heroism), Combat Action Ribbon**

• **Black Belt Hall of Fame & Int'l Instructor of the Year 2000**

**Hans Marrero** has a well-established and well-respected reputation for being a premier self-defense and hand to hand combat instructor in the United States.  For over three years GySgt (Ret.) Marrero served jointly as Chief Instructor of Hand-to-Hand Combat for the U.S. Marine Corps. at Parris Island.  He is considered one of the leading experts in Close Quarter Combat in the world.  He is also well known throughout international law enforcement agencies due to his extensive work in anti-terrorism tactics instruction during his highly decorated career as a U.S. Marine which includes Army Ranger School, Special Ops Unit, Marine Recon, Drill Instructor School, etc.

As the former Associate Chief Instructor of Hand-to-Hand Combat for the U.S. Marine Corps, he has instructed thousands of Marines and law enforcement officers in America and across the globe in *Close Quarter Fighting, Counter Terrorist Activities, Demolitions, Hostage Rescue, Urban Warfare, Guerrilla Warfare, Jungle Warfare, Special Operations Warfare, and Infantry Tactics.*

Hans Marrero possesses Black Belts in five different disciplines of the Martial Arts including:  Koboshi (10th degree, Shorinji-Kempo (7th degree), Kyo Kushin Kai-Kan (Karate), Aikido, Matsukazi-Ryu (Jujitsu), and Kickboxing. He is a former Golden Glove Champion and a Bronze Medallist in the Pan-American Games.  He was recently inducted into the Black Belt Martial Arts Hall of Fame in October 2000 and named "International Instructor of the Year."

**U.S. Marine Corps Commanding Officer of Support Battalion, LtCol Kevin Winters**:  *"Suffice it to say that – and I am choosing my words carefully – he is the premier close combat instructor in the Marine Crops.  He literally helped 'write the book' on our program of linear in-fighting neural override engagement (LINE)."*



(Click on image above to start video of 10% OC spray.  Click once to pause.)

**This video was filmed prior to Version 11.0 demonstration safety procedures.  Make sure to follow demonstration safety procedures.**

Side by side comparisons of Royal Canadian Mounted Police (RCMP) tactical officers involved in survival training.  The officers are hit with OC pepper and challenged to attack a practice pad with batons strikes, then attack a second pad with knee strikes, then call on the radio for backup.  Each officer is shown taking the pepper spray hit on the left and the M26 hit on the right side.  **The purpose here is not to depreciate a valuable tool such as pepper spray.  OC spray has contributed greatly to the field of law enforcement and will continue as a valuable tool in the law enforcement "toolbox."  Instead, this video demonstrates the speed of which the EMD devices affects the subject and that a goal-oriented and focused individuals are unable to resist the effects of the M26.  FYI:  OC deployed was 10% Oleoresin Capsicum.**



**Electrical and Medical**

Version 11.0 1/04

# Electrical 101

- "It's not the volts, it's the amps that are dangerous..."
- High Voltage:  50,000 Volts
- Low Amperage:  M26 & X26 < 0.004 amps
- Safe energy:  M26 = 1.76 Joules per pulse
                     X26 = 0.36 Joules per pulse
  - Cardiac defibrillators are greater than 150-400 Joules per pulse
- High Voltage + Low Amperage = Safe & Effective weapon

---

- It's not the Volts that are dangerous; it's the amps that determine safety
- The electrical output of the TASER is 50,000 Volts.  The voltage may seem high, but the amperage on both systems is well below safe limits.
- ADVANCED TASER M26 output is 3.6mA average current (0.0036 Amps)  The X26 output is 2.1mA (0.0021 Amps).
- The output of the M26 into a human body is a fraction of the dangerous level.
- High Voltage + High Power + Low Amperage = Safe & Effective weapon
- (Voltage is a measure of how far an arc of electricity can travel through the air.)

* M26 instructors will note that the weapons are rated in average amperage rather than root mean square (Irms) amperage as had been done previously.  Due to the complex shape of the X26 waveform, and based on the results of our safety testing, we believe that average amperage is the more relevant metric.



In Depth Technical Review:

*We don't recommend that you try to teach all of the details below to the class, these are for instructor knowledge to answer technical questions.*

- **Charge** is actually how many electrons are in **each pulse** from the TASER. For example, each pulse from an M26 contains 1,136,000,000,000,000 electrons ($1.136 * 10^{15}$ = 1.136 quadrillion). Because these numbers are so ridiculously large, charge is normally measured in Coulombs. 1 Coulomb = $6.24 \times 10^{18}$ or 6.24 quintillion electrons. The charge in one M26 pulse = 0.000182 Coulombs, or 182 microcoulombs.

- **Amperes** measure the flow of electrons (i.e. how many electrons are delivered **each second**). 1 Ampere = 1 Coulomb of charge per second. For the M26, the amperage is 20 pulses per second * 182 microcoulmbs = 3,640 microamperes or 3.64 milliamps.

- **Voltage** is the amount of "pressure" pushing the electrons or electric charge through a circuit. The TASER energy weapons use a peak voltage of 50,000 volts so that the electrons can be propelled across a 2 inch air gap. The high voltage causes electrons to "jump the gap," a process that "ionizes" the air gap in what appears to the user as a bright arc.

- **Energy** is a function of how many electrons are in each pulse, and the pressure behind them -- hence energy is a function of both Voltage and Charge. Each pulse in the M26 contains 1.76 joules of energy. (Technically, this is the energy stored in the main capacitor. The actual output energy per pulse is somewhat less because of efficiency losses in the output transformer.)

- **Power** is the total energy transferred each second. For the M26, 1.76 joules of energy * 20 pulses per second = 35.2 Watts (the M26 was originally rated at 26 watts, based on 15 pulses per second with alkaline batteries. NiMH rechargeable batteries offer better performance, up to 35 Watts because they can sustain a higher pulse rate).

# Electrical 102

- Electricity must be able to flow between the probes or the electrodes
- Electricity follows the path of least resistance between the probes
- The greater the spread between the probes, the greater the effectiveness
- Electricity will not pass to others in contact with the subject unless contact is made directly between or on the probes
- Electricity can arc through clothing and some bullet resistant materials
- Exposure to water will not cause electrocution or increase the power to the subject

**INSTRUCTOR NOTES**: For electricity to flow, a positive and negative path must be complete to maintain a circuit of electricity.

To demonstrate that the energy takes the path of least resistance between the probes or electrodes, hold a soda can or set of dangling keys at the top. Use the "drive stun" electrodes and discharge the TASER device to the bottom of the can or the bottom of the keys to show that the energy does not flow to your fingers. The energy simply takes the shortest path of least resistance.

# Arcing Through Clothing



- One probe can arc through 2 cumulative inches of clothing or 1 inch of clothing per probe

(Click on image above to start video.  Click once to pause.)

# Body Armor Penetration



(Click above to start video of RCMP Soft Body Armor Class II vest -- 22 layers of Twaron fab)
**This video was filmed prior to Version 10.1 demonstration safety procedures.  Make sure to follow demonstration safety procedures.**



## Wet Environments

(Click on image above to start video.  Click once to pause.)

**INSTRUCTOR NOTES:**  Water does not affect the output of the TASER weapons or cause electrocution (death by shock).  The amount of energy out of the weapon is determined inside the weapon, regardless of target conditions.  The batteries of the M26 and X26 are already operating at full output capacity.  If the target is wet, there is no increase in power output as the M26 and X26 are already at maximum power. The CEO of TASER Int'l was shot with a TASER conducted energy weapon while standing in a pool of water to prove this effect.  The weapon is safe to use in light rain or wet conditions as long as the TASER or the front of the Air Cartridge is not drenched in water and the dataport plug is in place.

**INSTRUCTOR NOTES:**  As for the splash resistance, one of the weak points to the M26 weapon is the dataport plug.  If the rubber stopper is removed, liquid spills could get into the M26 while holstered.  Also, note that there is a hole on the laser sight that water could get into.  If the M26 is soaked, do not turn the M26 on -- let it air dry completely before turning it on.  If dataport plug is lost, please contact TASER Int'l and get it replaced immediately (no charge).

The X26 is splash resistant as well.  The weak point is the separation between the battery and the butt of the X26.  If the X26 is soaked, do not turn the X26 on -- let it air dry completely before turning it on.

Version 11.0 1/04



Underwriters' Laboratories, Inc. (electrical fence safety guideline) **defined proven safe electrical current for people between 2 - 75 years of age. IEC 479 is a safety standard commonly used in Europe.** Studies have shown there are no long-term effects from being shot by TASER technology. The key concept of this slide is that students see the electrical output of the TASER is at a fraction of the danger level on the chart – a significant safety margin.

**INSTRUCTOR NOTES:** The X and Y axis of this chart (Body Current and Pulse Width) are logarithmic. The increments are exponential. Hence the M26 and X26 are nowhere close to the dangerous ventricular fibrillation levels in the red zone.

# Safety:  Pacemakers

- Modern pacemakers withstand electrical defibrillators several hundred times stronger than TASER conducted energy pulses

According to FDA standards, implantable cardiac devices such as pacemakers and or Implantable Cardioverter Defibrillators (ICDs) must be designed to withstand the output of cardiac defibrillators that function at significantly higher power levels than the TASERs.  If placed in direct contact with a pacemaker, the electrical output could momentarily affect it without health endangerment.  See below:

|  | Energy per Pulse |
|---|---|
| Defibrillators | 150.00 - 400.00 Joules |
| M26 | 1.76 Joules |
| X26 | 0.36 Joules |

Pacemakers and ICDs are designed to withstand the extremely high energy (360 joule) shocks delivered by external defibrillators. This is required by standards and every pacemaker and ICD model must be shown to be able to withstand the effect of such shocks. (Active Implantable Medical Device requirements 90/385/EEC).

**INSTRUCTOR NOTES:**  Dr. Paul Hendry, Co-Director of the Pacemaker Clinic at the University of Ottawa Heart Institute concludes that, "With regard to it's (the M26s) medical safety, based on the information that was provided to me I cannot see that it should provide any increased risks to patients with either pacemakers or implantable defibrillators."

# TASER Technology Medical Safety

- **Extensive animal testing has shown no effect on heart rhythms or blood pressure**
- 50,000 human volunteers as of 1/04
- 99% instant incapacitation in less than a second with no long-term effects
- Subjects may experience minor skin irritation, temporary blisters, redness or minor bleeding if probes puncture skin

**INSTRUCTOR NOTES:**    There have been an estimated 50,000 volunteers who have been exposed to actual applications of the M26 and X26. There are over 3,600 documented field uses of the weapon as well. It is estimated that only 20% of the field uses are reported to TASER International, hence it is estimated there have been over well over 17,000 field uses of the M26 and X26. There have been no long-term injuries caused by the TASER. Note: The use of the TASER technology causes incapacitation and thereby secondary injuries can occur. This includes cuts, bruises and abrasions caused by falling. These short term injuries are secondary in nature and are reversible injuries.

# Common Effects of EMD

- Subject can fall immediately to the ground
- Yell or scream
- Involuntary muscle contractions
- Subject may freeze in place with legs locked
- Subject may feel dazed for several seconds/minutes
- Potential vertigo
- Temporary tingling sensation
- May experience critical stress amnesia
- May not remember any pain

**INSTRUCTOR NOTES:** Critical stress amnesia is a term coined to describe the effects of stress upon the mind. Under duress, for example, a subject's reference point in time can be skewed and they may believe exposure time was much longer than actual time. The subject may not remember aspects of their own behavior during the TASER exposure as well.

# Medical Safety:  Drugs

- The ADVANCED TASER M26 EMD was applied directly to the chest of test animals during tests at the University of Missouri without heart failure

- Using "worst case" scenarios, two cardiac safety experts found no interference by the M26 weapon with the heart rhythms

- No interference occurred when the animal subjects were given dangerous drugs (epinephrine and drugs similar to PCP and cocaine) that make the heart more susceptible to electrical stimulation

- Animal studies prove cocaine does **not** make the heart more susceptible to electrically induced fibrillation

Version 11.0 1/04

# What TASER Weapons Might Do

- Might cause slight signature marks that resemble surface burns -- appear red or may blister
- Can cause eye injury if shot too high
- Causes strong muscle contractions
- Can cause secondary injuries from person falling

Version 11.0 1/04

# What TASER Weapons Don't Do

- Does not damage nervous tissue
- Does not cause serious burns
- Does not cause "electrocution" in a wet environment
- No reports of TASER weapons causing death
- Electrical output not harmful to fetus (but consider secondary injuries from the fall)
- Generally does not cause urination* or defecation

\* To date, 2 urination cases reported with volunteers during a 5-second M26 ride.

**INSTRUCTOR NOTES:** Commercial high explosives almost always require a sudden shock (such as a blasting cap) to start the explosion. They are made this way because far too many people were killed in accidental explosions when they were using the earlier sensitive explosives. Commercial high explosives will detonate (explode) between 3,300 feet per second and 30,000 feet per second. If they explode (deflagrate) below 3,300 feet per second, then they are called low explosives. Low explosives usually do not require a blasting cap because they explode by burning very fast. Low explosives (fireworks and gunpowder) are more dangerous and cause more injuries than high explosives because low explosives are sensitive to heat, friction, static electricity, and shock. Home made explosives can be high or low explosives but they are usually sensitive to heat, friction, static electricity and shock.

# Volunteer Exposure

## WHY EXPOSURE IS RECOMMENDED

- Instructor credibility as a leader and subject matter expert
- Officers can better understand the effects of the weapon
    - For deployment
    - Confidence that touching an exposed subject will not cause similar shock
    - Self-defense
    - Court expertise

PRACTICAL PORTION FOR TASER EXPOSURE

Version 11.0 1/04



# Volunteer Exposure

**Comparison of Injury Rates**

| | Injury Rate (Per 1,000 Athletic Exposures) |
|---|---|
| TASER Exposure | 0.25 |
| Baseball | 1.7 |
| Women's Basketball | 3.8 |
| Men's Basketball | 4 |
| Women's Soccer | 4.9 |
| Wrestling | 5.8 |
| Women's Gymnastics | 6.2 |
| Spring football | 8.1 |

**CAUTION**

Subjecting yourself to the TASER involves physical exertion similar to an athletic activity such as playing a game of basketball. The risk of injury from physical exertion or falling, while very low, is <u>not</u> zero. **Volunteering is highly recommended, but is not mandatory.**

\* Source:  NCAA Injury Surveillance System Summary (For Athletic Practices - games have higher injury rates)

## PRACTICAL PORTION FOR TASER EXPOSURE

There have been an estimated 50,000 volunteer hits with the ADVANCED TASER M26 and TASER X26.  There have been fewer than 10 reported injuries, which have included:

• A separated shoulder from a person who fell while trying to run toward the TASER operator. Hence, do not run

• Strained back muscles

• A torn rotator cuff

• Cut to scalp from falling backwards.  Subject was anticipated to fall forward but fell backwards onto unmated floor requiring stitches.

• It is not entirely clear that all of the reported injuries were indeed related to the TASER. However, they can not be ruled out in their entirety because of the physical exertion involved. Hence, we believe it is appropriate to forewarn volunteers that being hit with a TASER is an act of physical exertion, and hence there is a small risk of sports-like injury.  However, even a rate of 1 in 4,000 is significantly lower than for other athletic type activities such as CQB training.

• Further, there has been one instance of an individual who experienced a seizure that started approximately half way through a 5 second TASER burst and lasted for approximately 30 seconds after the TASER application.  The subject received prompt medical attention, and his case has been reviewed by medical doctors.  The diagnosis was that the seizure was most likely psychologically induced.  For this reason, it is important that volunteers understand the act is, indeed voluntary, not mandatory.

• In one other instance, a subject passed out approximately 60 seconds after TASER exposure. Cause was determined to be dehydration and low blood sugar (individual hadn't eaten in 7 hours, had worked out just prior to class).

• Overall, it is anticipated that the risk of injury from TASER exposure is lower than for close quarter combat or other physical training.

Version 11.0 1/04

# Volunteer Safety Requirements
# Let's Roll!

- Eye protection
- Proper matting
- Clear area of bystanders and objects
- Spotters grab hold <u>before</u> and during exposure
- Make area safe
- Careful probe removal
- Subjects with pre-existing injuries should avoid exposure to injured areas (e.g. someone with a back injury should avoid TASER stimulation to the large muscles of the back)

## WARNING:  FAILURE TO FOLLOW THESE SAFETY PROCEDURES INCREASES THE RISK OF INJURY.

**WARNING:** Prior to conducting voluntary exposure to the TASER weapons, review all safety precautions with the class.  Any student with concerns over present or past medical conditions should refrain from voluntary exposure.

While exposure to the TASER weapons is highly recommended, it is strictly a voluntary procedure. While adherence to safety precautions for subjects in actual field use cannot always be enforced, it is imperative that extra precautions are strictly adhered to during any volunteer exposure to minimize the possibility of injury.  Students should relieve themselves prior to exposure in order to not have stress related urination. Also, students who are dehydrated or have low blood sugar should hydrate or eat a light snack prior to exposure.

### MANDATORY SAFETY PROCEDURES

·  **Volunteer, holders, and any observers within 21 feet of the weapon must wear eye protection.**

·  **Move furniture and place the volunteer away from sharp objects to ensure a safe place to lower the subject to the ground.**

·  **Use floor mats and spotters with proper holding technique to prevent the volunteer from falling hard and getting hurt.**

·  **Optimal safety is to shoot the subject in the back or legs.  There are fewer sensitive areas on the back (eyes, throat, groin, etc.).**

·  **Shoot from a distance of 7-11 feet to optimize probe spread and always use the laser sight for increased accuracy.**

·  **Person(s) removing probes must wear protective gloves and use standard probe removal safety precautions.  If students are allowed to remove probes, ensure that the supporting hand is well clear of the probe.  Also ensure the barb is attached to the probe and has not dislodged in the skin.**

### POSSIBLE SIDE EFFECTS OF EXPOSURE

Being exposed to a TASER discharge is a stressful event for the human body similar to athletic exertion.  Listed below are several of the types of injury which may occur -- although the list is not inclusive as effects may vary between individuals.

·  **Puncture wounds:**  The two probes impact with a velocity of approximately 165 ft/sec. and are capable of penetrating up to 1/4" into the flesh. Extreme care must be taken to avoid injury to sensitive areas, especially the eyes, where serious permanent injury could occur.  Other sensitive areas that should be avoided during volunteer exposure include the throat, face, and genitals.

·  **Skin Irritation:**  The TASER weapons can cause minor signature marks on the skin similar to a minor burn in the areas where probes or clips are attached.  Also, minor bleeding may occur if the probes penetrate the skin.  Generally, these marks disappear within two to three days.

·  **Injuries Related to Falling or Muscle Contraction:**  The TASER weapons can cause temporary loss of motor control and involuntary muscle contractions.  In the course of falling to the ground, a person could sustain any of a wide variety of injuries from head concussion to broken bones to dislocated joints, etc., especially if proper use of spotters and holding techniques are not followed.  Also, a person with a pre-existing injury may face a higher risk of athletic type injury from muscle contraction or falling.

# Volunteer TASER Exposure SOP



(Click on image above to start video. Click once to pause.)

## WARNING:  FAILURE TO FOLLOW THESE SAFETY PROCEDURES INCREASES THE RISK OF INJURY.

This is the point where volunteers should be exposed to the TASER.  See demonstration guidelines for safety recommendations in Demo Procedure Issues subfolder.

Students should relieve themselves by going to the bathroom prior to exposures in order to not have a stress related urination.

Also, students who are dehydrated or have low blood sugar should hydrate or eat a light snack prior to exposure.

**INSTRUCTOR NOTES:** A training point is that whoever removes the probe must check the probe body and insure that the probe is intact and that the straightened barb is still attached to the probe body.  There have been a few reported cases in which the probe was removed from a body but the pin/straightened barb pulled free of the body and remained in the skin. Needle-nose pliers will be required to remove this to get a firm grip or by hemostat by EMS or hospital.

There have also been a few reported incidents where the barbed tip broke off and only the small barb remained in the skin.  In this instance, the barbed tip would behave similar to a small metal splinter, however removal by medical staff is still advised.

**MAKE SURE OFFICERS EXERCISE CARE DURING PROBE REMOVAL - KEEP YOUR FREE HAND CLEAR OF THE PROBE AREA TO ENSURE YOU DO NOT SCRAPE YOURSELF WITH THE CONTAMINATED BARB.**



This is a X-Ray of an officer's hand who had place his hand in front of the Air Cartridge during an activation. It lodged into the finger and was removed (pulled out) by ER staff.

# Weapon Safety 101

- Never point at anything you don't intend to shoot
- Keep the weapon SAFETY ON until pointed in a safe direction (toward the target)
- Never place finger on trigger unless firing is imminent
- **Laser light can cause eye damage if directed into eyes for prolonged periods of time**
- Probes shot in the eyes can cause serious damage
- Never place hand in front of weapon, especially when changing Air Cartridge

Review the points of basic weapon safety to ensure students treat the weapon with the care attendant with a weapon system.

LASER INFO: in the US, a division of the Food and Drug Administration (FDA) known as the Center for Devices and Radiological Health <http://www.fda.gov/cdrh/radhlth/index.html> (CDRH) regulates the manufacture and classification of laser products. The federal regulations covering lasers is CFR http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?CFRPart=1010&showFR=1> AND http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?CFRPart=1040&showFR=1. CDRH classifies lasers based on exposure times, wavelength, and power. Typically lasers are classified into one of several classes: Class I, Class II, Class IIIa, Class IIIb, and Class IV. The higher the class, the greater the chance of injury associated with the laser. A general classification guideline based on output power alone is shown below.

The TASER brand TASERs emit a laser that will not burn human skin at all. However, humans must avoid direct and prolonged eye exposure as with ANY laser. The laser light emitted from this aperture is similar to common laser pointers used for projection screens. Class 111A laser product complies with 21 CFR 1040.10 & 1040.11. Max output 5MW. Wavelength 630-680 NM. Note: Class IIIA: Intermediate power lasers (CW: 1-5 mW). Only hazardous for intrabeam viewing. Some limited controls are usually recommended.

**Class I, Class II and Class IIIA Lasers**

Accident data on laser usage has shown that Class I, Class II Class IIA and Class IIIA lasers are normally not considered hazardous from a radiation standpoint unless illogically used. (FYI: there is a label affixed to the ADVANCED TASER and TASER X26 conducted energy weapons, and it does specify that it is a class IIIA laser as required by law. The label is located directly under the laser housing.)

> Direct exposure on the eye by a beam of laser light should always be avoided with any laser, no matter how low the power.

All laser devices distributed for both human and animal treatment in the U.S. are subject to Mandatory Performance Standards. They must be meet the Federal laser product performance standard and must submit an "initial report" to CDRH's Office of Compliance prior to distributing the product (see 21 CFR 1000-1040.11). This performance standard specifies the safety features and labeling that all laser products must have in order to provide adequate safety to users and patients. A laser product manufacturer must certify that each model complies with the standard before introducing the laser into U.S. commerce. This includes distribution for use during clinical investigations prior to device approval.

For more information, see http://www.fda.gov/cdrh/consumer/laserfacts.html.

**Issue M26s To Class**

WARNING:  ENSURE NO LIVE CARTRIDGES ARE ISSUE TO THE STUDENTS AT THIS TIME.

Issue M26s to the class with BladeTech holster (students should use their official duty issued TASER holster if available), Secondary Cartridge Clip and 2 EXPENDED (used) Cartridges with wires removed.  Have students wear the holster for the remainder of the course (until replaced later with the X26).

# Holster:  Pro's & Cons

| Support Side Carry | Dominant Side Carry |
|---|---|
| + Lower Risk of Drawing Wrong Weapon Under Stress | + Weapon Retention |
| + Hip crossdraw = Faster Engagement on Target | |
| + Easier ID of Less-Lethal By Other Officers | **- Higher Risk of Confusion Depending on Training** |
| **- Weapon retention issues, depending on DT training** | 3 incidents of accidental shootings by mistaken weapon |

***WARNING:  Refer to your department's tactical experts to make your own policy on how to carry, holster and deploy the TASER X26 or M26***

WARNING: Departments are the tactical experts and need to make their own policy on how to carry, holster and deploy the M26 and X26.

Instructor:  Review the pro's and con's of dominant side vs. support side carry.  The three incidents related to dominant side carry are:

**Sacramento Police, CA:**  Black M26 on dominant side carry below sidearm in April 2001.  An officer applied a drive stun technique several times to a resisting drunk suspect.  Each time the M26 was reholstered and after several separate applications, the officer mistakenly drew his Sig Sauer sidearm and fired it into the hip of the suspect who survived.

**Rochester Police, MN:**  In November 2002, an officer responded to a disorderly conduct incident and upon arrival, immediately exited his vehicle to aid another officer who was engaged in a fight with the suspect.  While exiting his vehicle, the officer placed his issued black M26  in one of his uniform pants pockets, located on the officer's primary side.  During the scuffle, the officer decided to use his M26 to subdue the resisting suspect and while attempting to feel for the M26 weapon on his primary weapon side, he accidentally drew his primary lethal weapon instead and fired one round, striking the suspect near the kidney side of his body.  The shooting was non-lethal and the suspect did survive the incident.  Prior to this incident, when the Rochester PD first obtained the M26 they trained their officer's to carry the TASERs in belted hip type zippered bag,

**Madera Police, CA:**  In December 2002, an officer with a black M26 accidentally shot a male subject who was handcuffed in back of a police cruiser following an incident after officers broke up a party in an apartment.  The officer intended to subdue the suspect who was kicking out the windows of the cruiser by using her M26.  Instead, the officer drew her service weapon, a 40-caliber Glock 23, and shot Torres in the chest, killing him.

**All three agencies have since switched to a support side carry and use yellow M26s.**



**INSTRUCTOR NOTES:** All black ADVANCED TASER M26 units are shipped with the yellow color kit attached.

# Ambidextrous Safety

- **SAFETY ON**
  - **(Down)**



- **SAFETY OFF**
  - **(Up)**
  - **Activates Laser & Power Indicator**

**INSTRUCTOR NOTES:** When the safety is down, the weapon is in safe mode and the weapon cannot fire. When the Safety is shifted up into the armed mode, the weapon is armed and will fire when the trigger is activated.

M26: When armed, the laser is turned on and the power indicator illuminates steady or flashing

43                                                   Version 11.0 1/04

# Trigger Operation

- Single trigger pull discharges current for 5-second cycle
- Trigger pulls during the 5-second cycle will not affect the cycle unless held continuously
- Holding the trigger continuously beyond the 5-second cycle will continue the electrical discharge until trigger is released.  (The discharge will cease immediately once the trigger is released.)
- Move safety lever down (safety on) to immediately stop a discharge (e.g., if accidentally discharged)

CAUTION:  Due to the risk of overheating and to preserve the life of training weapons, the M26 should be limited to a maximum of 10 <u>back to back</u> 5-second cycles during training.  This limitation does not apply to field use.

During training, allow the M26 a chance to cool if possible by alternating training weapons during firing exercises.

The X26 does not overheat and no training restrictions apply.



# M26:  Secondary Cartridge Clip

### (Optional Accessory -- Simply Replaces Battery Cover)

# Probe Trajectory

- Aim like a standard firearm at center of mass
- Use sights and/or laser
- Observe standard sidearm safety guidelines
- Rule of Thumb: 1 foot spread for every 7 feet



| Target Distance (ft) | 2' | 5' | 7' | 10' | 15' | 21' |
|---|---|---|---|---|---|---|
| Spread (in) | 4" | 9" | 13" | 18" | 26" | 36" |

Review 8-degree downward spread of bottom probe.

When fired, the top probe impacts at point of aim.  The bottom dart travels at an 8-degree angle downward. The spread between probes increases the further you get from your target **with the probes separating one foot for every 7 feet they travel.**

The wire is thin insulated wire (copper-clad steel) and can break easily.  (Show how thin wire is).

Version 11.0 1/04



# Reversible Loading

(Click on image above to start video.  Click once to pause.)

Both the M26 and X26 automatically cant the Air Cartridge to force the top probe to fire straight out at the point of aim while sending the bottom probe at a 8-degree angle downward.