John R. Maley
J. Curtis Greene
BARNES & THORNBURG LLP
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email:       john.maley@btlaw.com

G. Mark Albright
ALBRIGHT STODDARD WARNICK & ALBRIGHT
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
E-mail: gma@albrightstoddard.com

Attorneys for Defendant TASER International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LaKISHA NEAL-LOMAX, et al.,

    Plaintiffs,

  vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; TASER
INTERNATIONAL, INC., et al,
    Defendants.

Case No.: CV-S-05-01464-PMP-RJJ

## DEFENDANT TASER INTERNATIONAL, INC.'S GLOBAL APPENDIX III OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DAUBERT MOTIONS

Defendant TASER International, Inc. respectfully submit this Global Appendix, Exhibits 4 through 10, inclusive, consisting of designated evidence cited in Support of Motion for Summary Judgment and in Support of Daubert Motions to exclude Plaintiffs' experts, served on counsel on January 17, 2008. The following materials are provided:

| Description | Tab |
|---|---|
| Expert Report of Richard I. Fogel, M.D.,FACC | 4 |
| Expert Report of Michael A. Evans, Ph.D. | 5 |
| Expert Report of Michael Graham, M.D. | 6 |
| Expert Report of Jeffrey D. Ho, M.D. | 7 |
| Expert Report of Amy de Jongh Curry, Ph.D. | 8 |
| Expert Report of Vincent J.M. Di Maio, M.D. | 9 |
| Expert Report of Igor R. Efimov, Ph.D. | 10 |

Respectfully submitted,
/s/ John R. Maley
John R. Maley
J. Curtis Greene
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: john.maley@btlaw.com
       cgreene@btlaw.com

G. Mark Albright
ALBRIGHT STODDARD WARNICK & ALBRIGHT
Quail Park I, Building D-4, 801 South Rancho Dr.
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
E-mail: gma@albrightstoddard.com

*Attorney's for Defendant TASER Int'l, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record through the Court's electronic filing system on this 17th day of January 2008.

*s/John R. Maley*
John R. Maley