Department of Emergency Medicine    612-873-4904
Hennepin County Medical Center    JHo911doc@gmail.com
701 Park Avenue South
Minneapolis, MN    55415

# Jeffrey D. Ho, M.D., F.A.C.E.P.

## *EDUCATION:*

    DEGREE - Associate of Science (Criminal Justice/Law Enforcement)
      Inver Hills Community College
      Inver Grove Heights, Minnesota
      March, 2005

    FELLOWSHIP – Emergency Medical Services/Prehospital Care
      Hennepin County Medical Center
      Minneapolis, Minnesota
      July, 1995 – June, 1996

    RESIDENCY – Emergency Medicine
      Hennepin County Medical Center
      Minneapolis, Minnesota
      May, 1992 – June, 1995

    DEGREE – Doctor of Medicine
      Loma Linda University School of Medicine
      Loma Linda, California
      August, 1988 – May 1992

    DEGREE – Bachelor of Science (Biology/Zoology)
      Loma Linda University College of Arts and Sciences
      Riverside, California
      September, 1984 – June, 1988

## *HONORS and AWARDS:*

    January, 2007 – Top Doctor Award in Emergency Medicine
      11th Annual MPLS/St. Paul Magazine, Minneapolis, Minnesota
      *Presented annually to Twin Cities physicians upon receiving top nomination by their
      peers.

    September, 2006 – Mark Rathke, MD Lecture Award
      21st Annual MN EMS Medical Director Conference, Alexandria, Minnesota
      *Presented annually to a distinguished lecturer in the area of local EMS in honor of
      a previous EMS physician who served the profession with dedication.

    April, 2005 – Outstanding Accelerated Program Student Award
      Inver Hills Community College, Inver Grove Heights, Minnesota
      *Awarded by the college faculty in recognition of outstanding academic achievements
      in the accelerated law enforcement training program.

    May, 2003 – Archibald Bush Foundation Medical Fellowship
      Archibald Bush Foundation, St. Paul, Minnesota
      *Competitively awarded as a career enhancement grant to allow me to pursue cross-
      training in law enforcement.

## *HONORS and AWARDS* (continued):

June, 2002 – Ernest Ruiz Teaching Award
　Hennepin County Medical Center, Minneapolis, Minnesota
　*Awarded by the senior residents in Emergency Medicine in recognition of outstanding teaching contributions within the residency training program.

May, 2002 – Chief's Award of Merit
　Police Department, Minneapolis, Minnesota
　*Awarded in recognition of outstanding leadership provided to the tactical paramedic program of the Emergency Response Unit.

December, 2001 – Service Award
　Police Department, Minneapolis, Minnesota
　*Awarded in recognition of service to the Emergency Response Unit.

January, 2000 – Meritorious Service Award
　Fire Department, Minneapolis, Minnesota
　*Awarded in recognition of meritorious and heroic service during the extrication and rescue of an accident victim resulting in the saving of a human life.

November, 1999 – Fellow of the American College of Emergency Physicians
　ACEP Annual Meeting, Las Vegas, Nevada
　*Fellow status is granted only after meeting stringent training, teaching and certification standards.

July, 1997 – Best Oral Presentation of Original Research Award
　National Association of EMS Physicians Annual Meeting, Lake Tahoe, Nevada
　*Awarded for presentation of a research project conducted during fellowship.

May, 1997 – Award of Recognition
　Dakota County Technical School, Dakota County, Minnesota
　*Awarded for providing mentorship in emergency medicine to high school students considering health care careers.

June, 1995 – James Andersen Scholarship Award
　Hennepin County Medical Center, Minneapolis, Minnesota
　*Annually awarded to a single senior resident who demonstrates excellence in leadership and clinical abilities in emergency medicine.

March, 1995 – University of Minnesota School of Medicine Resident Physician Distinguished Teaching Award Nominee
　University of Minnesota School of Medicine, Minneapolis, Minnesota
　*Nominated by the University of Minnesota senior medical students for excellence in academic and clinical teaching.

June, 1994 – Emergency Medicine Chief Resident
　Hennepin County Medical Center, Minneapolis, Minnesota
　*Selected by my colleagues to maintain and promote intra and interdepartmental leadership, rapport and education through a wide variety of administrative responsibilities.

February, 1993 – Resident Association Representative Elect
　Hennepin County Medical Center, Minneapolis, Minnesota
　*Elected by my peers to serve a 2 year term to represent my residency at the national level to the Emergency Medicine Residents Association of the American College of Emergency Physicians.

## *HONORS and AWARDS* (continued):

**May, 1991 – California Medical Association Student Representative Elect**
Loma Linda University School of Medicine, Loma Linda, California
*Elected by a state planning agency to serve on the Association's Committee for Emergency and Disaster Preparedness.

**March, 1989 – CIBA/GEIGY Award**
Loma Linda University School of Medicine, Loma Linda, California
*Awarded annually to a medical student for outstanding community service in medical related projects.

**May, 1988 – Cum Laude Graduate**
Loma Linda University College of Arts and Sciences, Riverside, California

**May, 1985 through May, 1988 – Dean's List of Academic Achievement**
Loma Linda University College of Arts and Sciences, Riverside, California

**January, 1988 – Carnation Corporation Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For providing community service while maintaining standards of academic excellence.

**January, 1986 – Howard O. Welty Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For achieving standards of academic excellence.

**April, 1984 – Loma Linda University Academic Scholarship**
Orangewood Adventist Academy, Garden Grove, California
*For academic excellence prior to entering undergraduate study

## *ACADEMIC APPOINTMENTS:*

**July, 1996 through Present – Assistant Professor of Emergency Medicine**
University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota
*Anticipated promotion to Associate Professor rank in March, 2007.

## *CLINICAL EXPERIENCE:*

**July, 1996 through Present – Attending Faculty, Emergency Medicine**
Hennepin County Medical Center (Level 1 Trauma Center)
Hennepin Faculty Associates, Minneapolis, Minnesota

**June, 1996 through June, 1998 – Courtesy Staff Physician, Emergency Medicine**
Ridgeview Medical Center, Waconia, Minnesota

**November, 1993 through June, 1997 – Courtesy Staff Physician, Emergency Medicine**
District Memorial Hospital, Forest Lake, Minnesota
United Hospital, St. Paul, Minnesota
Northfield Hospital, Northfield, Minnesota
Emergency Practice Associates, Faribault and Hibbing, Minnesota

## *MEDICAL DIRECTOR EXPERIENCE:*

October, 2006 through January, 2007 – Expert Medical Consultant
City of Oakland, California
*Provide a comprehensive report on the human effects of conducted electrical weapons for the city administration as they move to implement these devices into their police department.

April, 2006 through Present – Medical Director
Fire Department, St. Louis Park, Minnesota
*Direct a fire-service based EMS program of 25 personnel.

March, 2006 through Present – Deputy Medical Director
Minnesota Task Force-1 Urban Search and Rescue Team, Minneapolis, Minnesota
*Provide leadership, operational ability and expert medical advice for a statewide specialized rescue team.

August, 2004 through Present – Expert Medical Consultant
TASER International, Scottsdale, Arizona
*Provide research expertise and expert medical advice for a company that manufactures conducted electrical weapons for law enforcement, military and civilian application.

January, 2003 through Decmber, 2003 – Medical Director
Medevac, Inc., Minneapolis, Minnesota
*Provide medical oversight, treatment protocols, standing orders, equipment and product evaluation for a company that provides basic life support instruction, automatic external defibrillator equipment and training and limited event emergency medical services.

September, 2002 through November, 2003 – Chief Medical Officer
MN-1 Disaster Medical Assistance Team, Minneapolis, Minnesota
*Direct and participate on a team of medical personnel tasked for deployment by the Federal Office of Emergency Preparedness to national needs for emergency medical aid.

September, 1997 through May, 2001 – Medical Director & Tactical Physician
Police Department Emergency Response Unit, Minneapolis, Minnesota
*Direct and participate on a team of 10 medical personnel assigned to the SWAT team.

July, 1998 through Present – Director of EMS Fellowship Program
Hennepin County Medical Center, Minneapolis, Minnesota

May, 1997 through Present – Medical Director of Public Safety/Paramedic Services
Fire Department, Edina, Minnesota
*Direct a fire-service based paramedic program of 25 personnel.

July, 1996 through Present – Associate Medical Director of Paramedic Services
Hennepin County Ambulance Service, Minneapolis, Minnesota
*Assist with the direction of an urban, third-service based paramedic program of 110 personnel.

July, 1996 through Present – Director of Resident EMS Education
Hennepin County Medical Center, Minneapolis, Minnesota

July, 1996 through Present – Medical Director of Spectator Services
Hubert H. Humphrey Metrodome, Minneapolis, Minnesota
*Direct a stadium first-responder team of 60 personnel.

## *MEDICAL DIRECTOR EXPERIENCE* (continued):

July, 1996 through July, 1998 – Medical Director of Spectator Services
Minneapolis Children's Grand Prix, Minneapolis, Minnesota
*Directed a fully enclosed race track based first-responder team of 20 personnel.

## *OTHER EXPERIENCE:*

December, 2006 through Present – Deputy Sheriff
Meeker County Sheriff's Office, Meeker County, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

January, 2006 through December, 2006 – Police Officer
Dassel Police Department, Dassel, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

October, 2005 through Present – Examiner
American Board of Emergency Medicine, Lansing, Michigan
*Responsible for administering the oral examination to candidates pursuing board certification in emergency medicine.

July, 2005 through Present – Police Officer
Buffalo Lake Police Department, Buffalo Lake, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

May, 1989 through June, 1990 – Clinic Director
Social Action Corps Clinic, Rialto, California
*Responsible for directing the efficient operation of a student-run medical clinic which provided low cost health care to an indigent population.

February, 1986 through May, 1988 – Fire Apparatus Engineer
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

November, 1984 through February 1986 – Firefighter
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

November, 1984 through May, 1988 – Firefighter
Home Gardens Volunteer Rescue Squad, Home Gardens, California
*Provided emergency medical and rescue services to the surrounding community on a volunteer basis.

*MILITARY EXPERIENCE:*

June, 1992 through September, 1998 – Army National Guard, Minnesota
Major, Medical Corps
434th Main Support Battalion and STARC Detachment 7
Cottage Grove and Minneapolis, Minnesota
Honorable Discharge

May, 1989 through June, 1992 – Army National Guard, California
Second Lieutenant, Medical Service Corps
143rd Evacuation Hospital
Los Alamitos, California
Honorable transfer to Minnesota

**Military Awards Earned:**
1. Army Reserve Component Achievement Award (1997)
2. Minnesota State Service Award (1997)
3. Army Award of Accomplishment (1996)
4. Army Service Award (1995)
5. National Defense Service Medal (1993)
6. Humanitarian Service Award (1989)
7. California Medal of Merit (1989)

*PUBLICATIONS:*

Ho J, Dawes D, Johnson M, et al: Impact of Conducted Electrical Weapons in a Mentally Ill Population: A Brief Report. *Am J Emerg Med* 2007; In Press.

Ho J, Dawes D, Miner J, et al: Cardiovascular and Physiologic Effect of Prolonged Conducted Electrical Weapon Application on an Exhausted Human Sample. Currently under peer-review consideration..

Ho J, Dawes D, Miner J, et al: Deaths in American police custody: 12 months of surveillance. Currently under peer-review consideration.

Ho J and R Scharbach: Dispositifs Taser et effets physiologiques sur l'homme. *La Revue des SAMU* 2006; speciale Septembre :260.

Ho J, Dawes D, Bultman L, et al: Respiratory Effects of Prolonged Conducted Electrical Weapon Application on Human Volunteers; *Acad Emerg Med* 2007;In Press.

Ho J: Conducted Electrical Weapon Research – New Information for Law Enforcement. *POLICE* 2007; In Press.

Ho J, Heegaard W and D Brunette: Successful transcutaneous pacing in 2 severely hypothermic patients. *Ann Emerg Med* 2007;In Press.

Ho J and B Ackermann. "Continuum of force, intermediate weapons, and sudden in-custody death." <u>Tactical Emergency Medicine</u>. Ed. R Schwartz, J McManus and R Swienton. Lippincott, Williams and Wilkins, 2007. In Press.

## *PUBLICATIONS* (continued):

Ho J, Miner J, Lakireddy D, Bultman L and W Heegaard: Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-595.

Lindquist MD and JD Ho. "Operational interface with public safety, government, public health and legal entities." The Paramedic: A Comprehensive Textbook. Ed. W Chapleau, A Burba, and P Pons. Dubuque: McGraw-Hill Higher Education, 2006. In Press.

Ho J: Some More Food for Thought on the Current TASER Device Literature. *American College of Emergency Physicians Tactical EMS Interest Group Newsletter* 2005; 3rd Quarter.

Ho J: Sudden In-Custody Death. *POLICE* August 2005; 29:46-56.

Martel M, Miner J, Fringer R, Sufka K, Miamen A, Ho J, et al: Discontinuation of Droperidol for the Control of Acutely Agitated Out-of-Hospital Patients. *Prehosp Emerg Care* 2005; 9:44-48.

Hick JL and JD Ho: [Case Report] Ketamine chemical restraint to facilitate rescue of a combative "jumper". *Preshosp Emerg Care* 2005;9:85-89.

Ho J: Last Night (reflections piece). *Acad Emerg Med* 2003; 10:1023.

Ho J, Lindquist M, Bultman L, Torstenson C: Apathy is not Welcome Here (editorial). *Prehosp Emerg Care* 2003; 7:414-416.

Ho J, Conterato M, Mahoney B, et al: [Case Report] Field Extremity Amputation with Subsequent Cardiac Arrest. *Prehosp Emerg Care* 2003; 7:149-153.

Ho J, Lindquist M: The Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment. *Prehosp Emerg Care* 2001; 5:159-162.

Ho J: Response vs. Transport Times (letter to ed.). *Emerg Med News* 2000; 22:38.

Ho J: Misplaced Tubes (letter to ed.). *Prehosp Emerg Care* 2000; 4:202.

Ho J: Tactical EMS Team Contributions. *Minneapolis Police Department After Action Report for International Society of Animal Geneticists Mass Gathering Incident*; July, 1999.

Reed D, Gough J, Ho J, et al: Prehospital Consideration of Sildenafil-Nitrate Interactions. *Prehosp Emerg Care* 1999; 3:306-309.

Ho J: Lights and Sirens or Silence? (commentary). *Emerg Med News* 1999; 21:2, 36.

Ho J, Casey B: Emergency Warning Lights and Sirens (reply to letter). *Ann Emerg Med* 1999; 34:114-115.

Ho J, Casey B: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid. *Ann Emerg Med* 1998; 32:585-588.

## *PUBLICATIONS* (continued)

Ho J, Held T, Heegaard W, et al: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System. *Prehosp Disaster Med* 1997; 12:284-287.

Green S, Rothrock S, Ho J, et al: Failure of Adjunctive Bicarbonate to Improve Outcome in Severe Pediatric Diabetic Ketoacidosis. *Ann Emerg Med* 1998; 31:41-48.

## *GRANT EXPERIENCE:*

May, 2003 - $56,000.00
Source: Archibald Bush Foundation Medical Fellowship Grant
Project: Physician cross-training in law enforcement to provide emergency medical care in tactical, high-risk environments.

January, 1998 - $75,000.00
Source: American International Health Alliance
Project: The Effect of Introducing Automatic External Defibrillation Upon the Citizens of an Emerging Country (Republic of Moldova)

December, 1997 - $7,500.00
Source: Twin Cities Metropolitan 911 Board
Project: The Effect of Utilizing ALS "Jump Cars" Within a Two-Tiered EMS System

October, 1995 - $4,000.00
Source: Twin Cities Metropolitan 911 Board
Project: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid in and Urban Environment

## *FORMAL PRESENTATIONS:*

June, 2006 – Annual Meeting of the National Alliance for the Mentally Ill
Washington, D.C.
Dawes D, Ho J, et al: Beneficial Impact of Conducted Electrical Weapons in the Mentally Ill Population
*Poster presentation of original research

June, 2006 – CARDIOSTIM 2006 Annual Meeting of International Cardiac Electrophysiologists
Nice, France
Ho J, et al: Absence of Electrocardiographic Findings Following TASER Device Application in Human Volunteers
*Poster presentation of original research

September, 2005 – 2005 Scientific Assembly of the American College of Emergency Physicians
Washington, D.C.
Ho J, et al: Deaths in Police Custody: An 8-Month Surveillance Study
*Poster presentation of original research

September, 2005 – Third Mediterranean Emergency Medicine Congress
Nice, France
Ho J, et al: Deaths in American Police Custody: A 12-Month Surveillance Study
*Oral Presentation of original research

*FORMAL PRESENTATIONS* (continued):

January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida
Bultman L, Ho J, Page D: Safety Restraint Usage Patterns in an Urban EMS System
*Poster presentation of original research

January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida
Bultman L, Ho J, Page D: Disposition of Undesignated patients in Urban Minnesota
*Poster presentation of original research

September, 2004 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota
Bultman L, Ho J, Page D: Preliminary Report on Undesignated Patient Disposition in Urban Minnesota
*Oral presentation of original research

January, 2004 – Annual Meeting of the National Association of EMS Physicians, Tucson, Arizona
Ansari R, Ho J: Hand Sanitization Rates in an Urban EMS System
*Oral presentation of original research,
*Awarded Best Oral Presentation of Original Research

January, 2001 – Annual Meeting of the National Association of EMS Physicians, Sanibel Island, Florida
Black C, Ho J: 1 Paramedic vs. 2-How Often is a Second Paramedic Utilized in an Urban EMS System?
*Poster presentation of original research

September, 1997 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota
Ho J: Preliminary Report on the Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment.
*Oral presentation of original research

May, 1997 – Annual Meeting of the Society for Academic Emergency Medicine, Washington, D.C.
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Poster presentation of original research

January, 1997 – Mid-Year Scientific Meeting of the National Association of EMS Physicians, Lake Tahoe, Nevada
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Oral presentation of original research
*Awarded Best Oral Presentation of Original Research

November, 1996 – Twin Cities Metropolitan 911 Board, St. Paul, Minnesota
Ho J: Final Report on the Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid in Minneapolis.
*Oral presentation of original research

## *FORMAL PRESENTATIONS* (continued):

May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine,
Denver, Colorado
Ho J: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System.
*Poster presentation of original research

May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine,
Denver, Colorado
Ho J: The Utility of the Routine Swimmers View Cervical Radiograph in Addition to the Cross Table Lateral Cervical Radiograph in Detecting Cervical Spine Injury in Critical Trauma Patients.
*Poster presentation of original research

May, 1995 – Clinical-Pathologic Case Competition at the Annual Meeting of the Society for Academic Emergency Medicine, San Antonio, Texas
Ho J: Cutaneous Actinomycosis
*Oral presentation of a case study

## *INVITED PRESENTATIONS:*

March, 2007 – City Council Task Force Meeting
Palo Alto, California
Ho J: TASER Devices and Human Effects – What can research tell us?
*Oral testimony to city officials and the lay public of current research as they debate moving towards deployment of conducted electrical weapons in their city.

March, 2007 – MN Reserve Police Officer Association Annual Meeting
Brooklyn Park, Minnesota
Ho J: Custodial Death and Intermediate Weapons
*Oral presentation to membership about the custodial death phenomenon

January, 2007 – Minnesota Bureau of Criminal Apprehension
St. Paul, Minnesota
Ho J: Medical Considerations in Sudden Custodial Death Investigations
*Oral presentation to state investigators about the custodial death phenomenon

December, 2006 – An Garda Siochaina (Irish National Police Agency)
Dublin, Ireland
Ho J: Conducted Electrical Weapon Research Update
*Oral presentation of pertinent safety research given to the police administration as they move towards deployment of conducted electrical weapons in Ireland

December, 2006 – Accident and Emergency Physicians Association of Ireland
Dublin, Ireland
Ho J: Comprehensive Analysis of Custodial Death and Conducted Electrical Weapons
*Oral presentation of the custodial death phenomenon and how it relates to the introduction of electrical weapons into society

November, 2006 – Meeker County Sheriff's Office Use of Force Update
Litchfield, Minnesota
Ho J: Electronic Control Device and Use of Force Physiology for Law Enforcement
*Oral Presentation of human response to electronic control device applications

*INVITED PRESENTATIONS* (continued):

    November, 2006 – 1st Annual Conference of the Institute for the Prevention of In Custody Death
    Las Vegas, Nevada
    Ho J: Human Research on Conducted Electrical Weapons
    *Oral presentation of past, present and future human research involving electrical weaponry.

    November, 2006 – Grand Rounds for the Faculte' de Medecine Rene Descartes Paris 5 School of Medicine
    Paris, France
    Ho J: Conducted Electrical Weapon Controversies and Research
    *Oral presentation of experience and research to prepare their providers for patient care issues as France begins to deploy electrical weapons to their police forces.

    September, 2006 – 21st Annual MN EMS Medical Director Conference
    Alexandria, Minnesota
    Ho J: Issues of In Custody Death for EMS Providers
    *Oral presentation on the interface of EMS providers with the phenomenon of sudden, unexpected death of persons in law enforcement custody.

    June, 2006 – US Department of Defense and National Institute of Justice Human Electro-Muscular Incapacitation Device Conference
    Quantico, Virginia
    Ho J: Conducted Electrical Weapon Human Research Update
    *Oral presentation on the state of research involving electronic weapons and their effects on human subjects.

    May, 2006 – TASER International Domestic Tactical Conference
    Las Vegas, Nevada
    Ho J: TASER Device Medical Research Update
    *Oral presentation of current medical research specifically involving TASER devices

    2005-2007 – Minneapolis Police Crisis Intervention Tactics Training
    Various locations within Minnesota
    Ho J: Custodial Death in the Mentally Ill Population
    *Oral presentation at a recurring training class sponsored by the Barbara Schneider Foundation to train law enforcement officers in specific tactics for dealing with mentally ill subjects.

*INVITED PRESENTATIONS* (continued):

March, 2007 – Virginia (Prince William County Sheriff's Office)
December, 2006 – Canada (Toronto Police Department)
November, 2006 – California (Oakland Police Department)
October, 2006 – Illinois (Chicago Police Department)
August, 2006 – Colorado (Colorado Springs Police Department)
July, 2006 – Oregon (Portland Bureau of Police)
June, 2006 – Ohio ( Cleveland Police Department)
June, 2006 – Nice, France (CARDIOSTIM/French National Police)
March, 2006 – California (Santa Ana Police Department)
February, 2006 – California (San Diego County Sheriff's Office)
December, 2005 – Scottsdale, Arizona (TASER International)
October, 2005 – Scottsdale, Arizona (TASER International)
Ho J: TASER Device Medical Update
*Recurring Lecture Series: TASER Police Executive Conference; Oral presentation of theories of In Custody Death based on history and medical literature addressing concerns of the roles that TASER devices play in this phenomenon

December, 2005 – New Mexico Police Chief Association, Albuquerque, New Mexico
November, 2005 – Public Information Forum, Gary, Indiana
September, 2005 – International Association of Chiefs of Police, Miami, Florida
August, 2005 – Kansas Law Enforcement Conference, Topeka, Kansas
July, 2005 – Houston Area Public Safety Forum, Houston, Texas
June, 2005 – PRIMA Annual Meeting, Milwaukee, Wisconsin
June, 2005 – San Jose Police Management Meeting, San Jose, California
May, 2005 – National League of Cities Public Safety Council, Reno, Nevada
Ho J: In Custody Death Issues
*Oral presentation of medical literature, research data and experience

April, 2005 – TASER International Domestic Tactical Conference
Scottsdale, Arizona
Ho J: In Custody Death and Law Enforcement Considerations
*Oral presentation of medical literature, research data and experience

June, 2004 – Metro Atlanta Police Chiefs Association
Atlanta, Georgia
Ho J: Medical Considerations for In-Custody Deaths
*Oral presentation of medical literature and experience

December, 2002-present – Hopkins High School (ISD 270) Healthcare Career Class
Hopkins, Minnesota
Ho J: A Career in Emergency Medicine
*Oral presentation given annually to high school seniors considering careers in medicine

September, 2002 – Annual Meeting of the International Rescue Association
Bloomington, Minnesota
Ho J: Ballistic Considerations for Field EMS Personnel
*Oral presentation of continuing medical education

May, August, September and October, 2000 – Annual Meetings of the Hennepin County Medical Center Trauma Team; Minnesota ACEP; Minnesota Ambulance Medical Directors; and LifeLink III Prehospital Providers; Bloomington, Brainerd, Alexandria and Red Wing, Minnesota
Ho J: Rescue on Interstate 35
*Oral presentations of a case study

## *INVITED PRESENTATIONS* (continued):

September, 1999 – Ambulance Personnel Instruction at Republican Trauma Hospital, Chisinau, Moldova
Heegaard W, Ho J: Automatic External Defibrillation
*Oral presentation of continuing medical education and research proposal

May, 1998 – Trauma Grand Rounds at Careggi Medical and Trauma Center, Florence, Italy
Ho J: American Emergency Medical Services
*Oral Grand Rounds presentation

May, 1998 – Trauma Grand Rounds at Republican Trauma Hospital Chisinau, Moldova
Ho J: Advances in Trauma Care
*Oral Grand Rounds presentation

January, 1998 – Minnesota Tactical EMS Conference
Minneapolis, Minnesota
Ho J: Firearm Injuries
*Oral presentation of continuing medical education

January, 1998 – Augsburg College Physician Assistant Training Program
Minneapolis, Minnesota
Ho J: An Introduction to Emergency Medical Services
*Oral presentation of continuing medical education

January, 1997 – Emergency Medicine Grand Rounds at Loma Linda University
Loma Linda, California
Ho J: Controversies in EMS
*Oral Grand Rounds presentation

February, 1996 – Annual Meeting of the Arrowhead EMS Association
Duluth, Minnesota
Ho J: Initial Patient Assessment – Everything You Need to Know
*Oral presentation of continuing medical education

August, 1995 – The University of Costa Rica College of Medicine National Symposium on Emergency Health Care
San Jose, Costa Rica
Ho J: Advances in Cardiac Care and Emergency Management of HIV Patients
*Oral presentations of continuing medical education

## *LOCAL ACADEMIC LECTURES:*

- November, 2006: In-Custody Death Events – paramedic education
- 2003 to Present: The Violent Emergency Department Patient – resident education
- 2002 to Present: The Difficult Patient Encounter – resident education
- 1996 to Present: Medical Student Introduction to the EMS System
- 1996 to Present: Residency Update on the State of EMS
- September, 1995: Allergic Reactions – paramedic education
- April, 1995: Basic Head Trauma Management – paramedic education
- March, 1995: Emergency Cardiac Care Update – paramedic education
- March, 1995: Adrenal Emergencies – paramedic education
- October, 1994: Ophthalmologic Emergencies – resident education
- September, 1994: Fluid Resuscitation in Thermal Injuries – resident education
- May, 1994: Cardiopulmonary Emergencies – paramedic education
- October, 1993: Cocaine Related Chest Pain – resident education
- May, 1993: Rectal Foreign Bodies – resident education
- April, 1993: Acute Pancreatitis – resident education

## *COMMITTEE EXPERIENCE:*

Chair
- 2002 to 2004: Hennepin County EMS Council/Medical Director Subcommittee
- 1998 to 2002: Hennepin County EMS Council/Paramedic Subcommittee
- 1997 to Present: Minnesota Chapter, American College of Emergency Physicians EMS Committee
- 1996 to 1997: Hennepin County Medical Center Patient Retention Task Force
- 1996 to 1998: Hennepin County EMS Council/Paramedic Education Task Force

Boards of Directors
- 2006 to Present: MN EMS Medical Directors Education Association, Inc. (President)
- 2004 to 2006: MN EMS Medical Directors Education Association, Inc. (Secretary/Treasurer)
- 1996 to 1997: Minnesota Chapter, American College of Emergency Physicians
- 1995 to 1998: Minnesota Association of EMS Physicians

Member
- 2006 to Present: Hospital Security Task Force, Hennepin County Medical Center
- 2003 to Present: American College of Emergency Physicians Section on Tactical EMS (Communications Leader)
- 2000 to 2001: Minneapolis Civil Disturbance Planning Committee
- 1999 to Present: Minnesota Annual Ambulance Medical Director Retreat Planning Committee
- 1997 to Present: LifeLink III Aeromedical Transport Medical Advisory Committee
- 1997 to Present: Hennepin County EMS Council Medical Standards Committee
- 1997 to Present: Hennepin County EMS Council
- 1995 to 1998: Hennepin County EMS Council/Paramedic Subcommittee
- 1995 to 1996: Hennepin County Medical Center Trauma Multidisciplinary Committee

*PROFESSIONAL ASSOCIATIONS:*
- American College of Emergency Physicians - Member
- American Board of Emergency Medicine - Diplomate
- Society of Academic Emergency Medicine - Member
- National Association of EMS Physicians – Member
- International Association of Chiefs of Police – Member
- Fraternal Order of Police – Member

*LICENSURE & CERTIFICATION:*
- Minnesota Peace Officers Standards and Training Board, License #18203
- Fellow of the American College of Emergency Physicians #355932
- Diplomate of the American Board of Emergency Medicine-1997
  Recertified 2006-2016
- Diplomate of the National Board of Medical Examiners-1994
- Minnesota Medical License #36894
- Nevada Medical License #8083
- ACLS/APLS/ATLS provider and instructor certified
- PALS provider certified
- TASER operator and instructor certified
- Minnesota Emergency Vehicle Operator Certification
- Minnesota Police Pursuit Vehicle Operator Certification
- Minnesota Police Pursuit Intervention Tactics (PIT) Certification
- Tactical EMS/SWAT Physician Certification
- California Firefighter Certification

*REFERENCES:*
- Excellent references provided upon request