00001

```
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEVADA
 3  - - - - - - - - - - - - - - - - - - - -
 4  LAKISHA NEAL-LOMAX, JOSHUA WILLIAM  )
 5  LOMAX, ALIAYA TIERRAEE LOMAX, JUANITA )
 6  CARR, as Parent and Guardian of INIQUE)
 7  ALAZYA LOMAX, AND JOYCE CHARLESTON,  )
 8  Individually and Special Administrator)
 9  of the Estate of William D. Lomax Jr.,)
10            Plaintiffs,     ) CASE NO.
11  V.                        ) CV-S-05-01404
12  LAS VEGAS METROPOLITAN POLICE       ) PMP-RJJ
13  DEPARTMENT; OFFICER REGGIE RADER, In )
14  his individual and official capacity, )
15  et al.,                   )
16            Defendants.     )
17  - - - - - - - - - - - - - - - - - - - -
18  VIDEOCONFERENCED DEPOSITION OF STEVEN B. KARCH, M.D.
19            TUESDAY, AUGUST 14, 2007
20
21
22
23
24
25       BY: CHRISTINE L. JORDAN, CSR NO. 12262
```

00028

1   Q.  And you're not an expert on electricity?

2   A.  I would.

3   Q.  And you haven't published in the area of the

4  effects of electricity on the human body, correct?

5   A.  No, I have, actually.

6   Q.  You have?

7   A.  Yes, sir.

8   Q.  And what would that be?

9   A.  Let me find it.

10   Q.  It's on Page 7, about midway down the page.

11  And it's my Fineschi, Karch, et al.  And the title of

12  the paper is, "The cardiac pathology of

13  electrocution."  It was published last year.

14   A.  Let me find it.

15       One, two, three, four, five, six, seven --

16  eighth from the top.

17       MR. BRAVE:  Brad, on the version you and I are

18  looking at, it's the last one on Page 7.

19       MR. MYERS:  Oh, okay, I got it.  Okay.  Thank

20  you.

21  BY MR. MYERS:

22   Q.  Did that paper deal with the effect of

23  electricity on the heart?

24   A.  Yes.

25   Q.  Did that paper deal with the effect of

00029

1  electricity on one's ability to breathe?

2    A.  No.  Only to the extent when your heart

3  isn't moving, you don't breathe very well.

4    Q.  Okay.  Fair enough.

5        Have you taught any courses in the area of

6  the effect of electricity on the human body?

7    MR. BRAVE:  Objection; vague.

8    THE WITNESS:  Could you restate it, please.

9    MR. MYERS:  Sure.

10  BY MR. MYERS:

11   Q.  Have you taught any courses relating to the

12  effect of electricity on the human body?

13   A.  I have mentioned the Taser in the management

14  of excited delirium in courses that I have taught,

15  but I have never taught a course on the effects of

16  electricity on the body or electrical restraints.

17   Q.  Do you think there's an increased risk in

18  using a Taser device on somebody who is showing signs

19  of excited delirium versus somebody who is not

20  showing signs of excited delirium?

21   A.  I think it would depend upon their heart

22  size.  If they had an enlarged heart, I do believe

23  that there would be a risk, but that's speculation on

24  my part because the experimental studies have not

25  been done.

00030
1  Q. Doctor, what's your area of expertise?
2  A. Cardiac pathology and the effect of drugs on
3  the heart.
4  Q. Are you a toxicologist?
5  A. I function as a toxicologist, yes. I'm not
6  a graduate of a formal training program. I believe
7  I'm the only physician that belongs to the Society of
8  Forensic Toxicology.
9  Q. Do you hold yourself out as an expert in the
10 area of toxicology?
11  A. I hold myself out as an expert in the
12 interpretation of toxicological results. I do not
13 hold myself out as an expert in the ability to fix a
14 quadruple maspectrometer or any of the other
15 multi-million dollar equipment you see on CSI.
16  Q. Are you board certified in toxicology?
17  A. No.
18  Q. Are you an expert in the area of
19 pharmacology?
20  A. I have college training in it. I would
21 defer to --
22  Q. (Inaudible.)
23    I didn't mean to cut you off there.
24  A. I understand.
25    I would not defer to anyone in the

00039

1  application of the Taser to the neck and allegedly to

2  the phrenic nerve.

3      But my knowledge of the Taser is entirely

4  limited to what I read in the open peer-reviewed

5  literature.

6    Q.  Do you have any understanding of the

7  warnings that Taser International issued in relation

8  to the use of the X26 Taser?

9    A.  We just discussed that I'm not a warning

10  expert, and I don't know anything about what they

11  tell people.

12    Q.  All right.

13      How many times have you testified at trial?

14    A.  Do you want a guess or should I go through

15  the list?  Because this list is -- let me go back a

16  minute.

17      I think by "testified at trial," you mean as

18  an expert witness.  At one point I was the director

19  of the emergency room at University Medical Center in

20  Las Vegas.  And I was frequently in court testifying

21  on DUI cases and child abuse cases and assault cases.

22      And I have no idea how many times that was.

23  I would guess it was more than 20 and less than 50,

24  but I have no record.

25    Q.  Okay.