AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

LaKisha Neal-Lomax, et al

Plaintiffs,

V.

Las Vegas Metropolitan Police Department, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:05-cv-01464-PMP-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Summary Judgment is hereby entered in favor of Defendant Taser International, Inc. and against Plaintiffs.

September 2, 2008

Date

/s/ Lance S. Wilson

Clerk

/s/ Oscar Campos

(By) Deputy Clerk