UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LaKISHA NEAL-LOMAX; LaKISHA NEAL-LOMAX as parent and guardian of JOSHUA WILLIAM LOMAX; LaKISHA NEAL-LOMAX as parent and guardian of ALIAYA TIERRAEE LOMAX; JUANITA CARR as parent and guardian of INIQUE ALAZYA LOMAX, and JOYCE CHARLESTON, individually and as Special Administrator of the Estate of WILLIAM D. LOMAX, JR., <br><br>           Plaintiffs, <br>v. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER REGGIE RADER; TASER INTERNATIONAL, INC., an Arizona corporation; and TASER INTERNATIONAL, INC., a Delaware foreign corporation, <br><br>           Defendants. | 2:05-CV-01464-PMP-RJJ <br><br><u>ORDER</u> |

The Court having read and considered Defendants' Motion to Retax Costs Pursuant to Previously Filed Bill of Costs (Doc. #383), filed on March 24, 2010, and Plaintiffs' Opposition thereto (Doc. #384) filed April 6, 2010, and good cause appearing,

///

///

**IT IS ORDERED that** Defendants' Motion to Retax Costs Pursuant to Previously Filed Bill of Costs (Doc. #383) is **DENIED**.

DATED:  April 9, 2010.

PHILIP M. PRO
United States District Judge